# Holland & Knight

One Arts Plaza 1722 Routh Street, Suite 1500 | Dallas, TX 75201 | T 214.969.1700 | F 214.969.1751
Holland & Knight LLP | www.hklaw.com

Bruce Zabarauskas

bruce.zabarauskas@hklaw.com

August 12, 2021

**Via e-File**
U.S. Bankruptcy Court
Eastern District of N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201
Attn: Clerk of the Court

Re:    *In re 893 4TH AVE LOFTS LLC* Case No. 21-41367 (JMM)

Dear Clerk:

Notice is hereby given that as a result of the merger of Thompson & Knight LLP with Holland & Knight LLP, undersigned counsel's new address is: Bruce J. Zabarauskas, Holland & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, TX 75201, (214) 969-2511, bruce.zabarauskas@hklaw.com. All papers herein shall be served on undersigned counsel at his new address.

          Respectfully submitted,

          HOLLAND & KNIGHT LLP

          By: */s/ Bruce J. Zabarauskas*
             Bruce J. Zabarauskas
             *Attorneys for 5AIF Sycamore 2, LLC*
             1722 Routh Street, Suite 1500
             Dallas, TX 75201
             (214) 969-2511

Cc: Judge Jil Mazer-Marino