# Holland & Knight

900 Third Avenue 20th Floor | New York, NY 10022 | T 212.751.3001 | F 212.751.3113
Holland & Knight LLP | www.hklaw.com

Vivian Arias

Vivian.Arias@hklaw.com

August 12, 2021

**Via e-File**
U.S. Bankruptcy Court
Eastern District of N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201
Attn: Clerk of the Court

Re:    *In re 893 4TH AVE LOFTS LLC* Case No. 21-41367 (JMM)

Dear Clerk:

Notice is hereby given that as a result of the merger of Thompson & Knight LLP with Holland & Knight LLP, undersigned counsel's new address is: Vivian M. Arias, Holland & Knight LLP, 900 Third Avenue, 20th FL, New York, New York 10022, (212) 751-3001, vivian.arias@hklaw.com. All papers herein shall be served on undersigned counsel at her new address.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: */s/ Vivian M. Arias*
    Vivian M. Arias
    *Attorneys for 5AIF Sycamore 2, LLC*
    900 Third Avenue, 20th Floor
    New York, New York 10022
    (212) 751-3001

Cc: Judge Jil Mazer-Marino