# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

In re
     893 4th Ave Lofts LLC                     Case No. 21-41367-JMM

                Debtor

Chapter 11

## DISCLOSURE OF ATTORNEY COMPENSATION

1. I declare under penalty of perjury that I am an attorney admitted to practice in the EDNY, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services I have agreed to accept.......................................... $10,000.00
   plus filing fee
   Prior to the filing of this statement I have received ...................................................... $10,000.00

   Balance Due ........................................................................................... .................. $0.00

2. The source of the compensation paid to me was:
       X Debtor by its sole member Secured Loan Holdings LLC     ☐ Other (specify)

3. The source of compensation to be paid to me is:
       X Debtor by its sole member Secured Loan Holdings LLC     ☐ Other (specify)

4. I have not agreed to share the above disclosed compensation with any other person.

5. In return for the above disclosed fee, I have agreed to render legal services as follows: review financial information and documents, prepare and file petition and schedules, appear at creditor meeting.

6. By agreement the fee does not include representation of debtor as per retainer agreement.

   The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

   Dated: August 20, 2021                      S/
                                                                    Vincent M. Lentini, Esq.