UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

                                                   Chapter 11

893 4th Ave Lofts LLC,

                                                   Case No. 20-41367-jmm

                        Debtor.
---------------------------------------------------------x

<u>NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS</u>

PLEASE TAKE NOTICE, that Rosenberg, Musso & Weiner, LLP hereby appears as counsel for Michael Uhr party in interest in the above-captioned case, and demands pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), that all notices given or required to be given in this case, be given to and served upon the following parties:

> Bruce Weiner, Esq.
> Rosenberg, Musso & Weiner, LLP
> 26 Court Street
> Suite 2211
> Brooklyn, New York 11242
> Tel: (718) 855-6840
> Fax: (718) 625-1966
> Email: <u>bweiner@nybankruptcy.net</u>

PLEASE TAKE NOTICE, the foregoing demand includes not only the notices and papers referred to in the rules and provisions specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise which affect or seek to affect in any way the Debtor or property or

proceeds in which the Debtor may claim an interest.

Dated: Brooklyn, New York
October 8, 2021

                                              Rosenberg, Musso & Weiner, LLP
                                              Attorneys for Michael Uhr

By:   /s/
      Bruce Weiner
      26 Court Street, Suite 2211
      Brooklyn, New York 11242
      (718) 855-6840

To:

Vincent Lentini, Esq.
Attorney for the Debtor
1129 Northern Boulevard, Ste 404
Manhasset, New York 11030

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York, 10014